AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF    Nevada

Matthew MacSwan,

                 Plaintiff,

V.

Retrieval Masters Creditors Bureau, Inc.
dba American Medical Collection Agency

                 Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:14-cv-02185-RFB-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

Plaintiff, Matthew MacSwan, shall recover from Defendant, Retrieval Masters Creditors Burea, Inc., judgment in the amount of $6,890.51, inclusive of all costs and attorneys fees.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

March 4, 2015
DATE