# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MATTHEW MACSWAN, | |
| Plaintiff, | 2:14-cv-02185-RFB-VCF |
| vs. | **ORDER** |
| RETRIEVAL MASTERS CREDITORS BUREAU, INC., | |
| Defendant. | |

Before the court is the Motion to Enforce Settlement Agreement or, in the Alternative, to Correct or Vacate the Judgment Concerning Attorneys' Fees (#12).

IT IS HEREBY ORDERED that a hearing on the Motion to Enforce Settlement Agreement or, in the Alternative, to Correct or Vacate the Judgment Concerning Attorneys' Fees (#12) is scheduled for 10:00 a.m., May 20, 2015, in courtroom 3D.

DATED this 23rd day of April, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE